OMAHA LOAN & TRUST COMPANY, APPELLANT, V. LARS HANSON ET AL., APPELLEES.

FILED JANUARY 22, 1896. No. 6941.

1. **Usury.** Where by the terms of a promissory note it is provided that it shall bear interest until maturity at a given rate, and thereafter at a higher lawful rate, such contract is not usurious, nor is the agreement for the higher rate of interest after maturity a mere penalty.

2. **Interest.** It is the duty of the court in computing the amount due on such an instrument to allow interest until maturity at the lower rate and thereafter at the higher rate.

APPEAL from the district court of Douglas county. Heard below before WALTON, J.

*Francis A. Brogan,* for appellant.

*J. W. Rogers, contra.*

POST, C. J.

This is an appeal from a decree of the district court for Douglas county, the only question presented by the record being the validity of a provision of a promissory note for the payment of interest at six per cent per annum until maturity, and at a rate of ten per cent thereafter. The identical question was considered in *Havemeyer v. Paul,* 45 Neb., 373, in which, overruling *Richardson v. Campbell,* 34 Neb., 181, the validity of the foregoing provision was sustained. The decree of the district court will accordingly

be reversed and the cause remanded, with directions to compute interest in accordance with the rule herein approved.

REVERSED.